**12:34**

 

# ess-onephilly.phila.gov



**CITY OF PHILADELPHIA**

|  | **Payslip**<br>**Earnings and Deductions** | Page  1 |
|---|---|---|

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| Employee Number | |
|---|---|
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2025/12/14 |
| Date Payable | 2025/12/19 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 40.00 | 737.60 |
| Gross Current Earnings | | 737.60 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 13.01 | 347.63 |
| Social Security | 45.73 | 828.66 |
| Medicare | 10.70 | 193.80 |
| PA State Tax | 22.64 | 410.31 |
| Philadelphia | 27.59 | 500.31 |
| PA Unemployment | 0.52 | 9.36 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 30.61 | 522.94 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 737.60 | 13,365.52 |
| Net Earnings | 568.55 | 10,229.01 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 18.25 | 292.00 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 16.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 28.00 |
| Snow Days | 16.00 |
| Special Comp | 0.00 |
| Vacation | 28.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 522.94 | 522.94 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

---



**CITY OF PHILADELPHIA**

| | **Payslip**<br>**Earnings and Deductions** | Page  2 |
|---|---|---|

 **AOLDataStreaming.pdf**      **Save...**

    



| | | Payslip | Page 1 |
| | | Earnings and Deductions | |

**CITY OF PHILADELPHIA**

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | ▉ |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2025/12/14 |
| Date Payable | 2025/12/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Vacation Pay | 20.00 | 368.80 |
| **Gross Current Earnings** | | **368.80** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 77.77 | 425.40 |
| Social Security | 22.87 | 851.53 |
| Medicare | 5.35 | 199.15 |
| PA State Tax | 11.32 | 421.63 |
| Philadelphia | 13.79 | 514.10 |
| PA Unemployment | 0.25 | 9.61 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 15.31 | 538.25 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 368.80 | 13,734.32 |
| Net Earnings | 222.14 | 10,451.15 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 0.00 | 292.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 16.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 28.00 |
| Snow Days | 16.00 |
| Special Comp | 0.00 |
| Vacation | 28.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 538.25 | 538.25 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



| | | Payslip | Page 2 |
| | | Earnings and Deductions | |

**CITY OF PHILADELPHIA**

 
  



**CITY OF PHILADELPHIA**

| | | | |
|---|---|---|---|
| | **Payslip**<br>**Earnings and Deductions** | | Page 1 |

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2025/12/28 |
| Date Payable | 2026/01/02 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 26.00 | 479.44 |
| Holiday Cash | 8.00 | 147.52 |
| Legal Aid | 0.00 | 3.50 |
| | | |
| Gross Current Earnings | | 630.46 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 2.75 | 2.75 |
| Social Security | 39.09 | 39.09 |
| Medicare | 9.14 | 9.14 |
| PA State Tax | 19.36 | 19.36 |
| PA Unemployment | 0.44 | 0.44 |
| Philadelphia | 23.58 | 23.58 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 26.02 | 26.02 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 630.46 | 630.46 |
| Net Earnings | 488.33 | 488.33 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 18.25 | 18.25 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 16.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 32.00 |
| Snow Days | 16.00 |
| Special Comp | 0.00 |
| Vacation | 12.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 26.02 | 564.27 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



**CITY OF PHILADELPHIA**

| | | | |
|---|---|---|---|
| | **Payslip**<br>**Earnings and Deductions** | | Page 2 |

**12:34**

ess-onephilly.phila.gov

## 1 of 2



**CITY OF PHILADELPHIA**

| | **Payslip** Earnings and Deductions | Page 1 |
|---|---|---|

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2026/01/11 |
| Date Payable | 2026/01/16 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| Time Entry Wages | 20.00 | 368.80 | | Federal Tax | 0.00 | 2.75 |
| Holiday Cash | 4.00 | 73.76 | | Social Security | 27.44 | 66.53 |
| | | | | Medicare | 6.42 | 15.56 |
| | | | | PA State Tax | 13.59 | 32.95 |
| | | | | Philadelphia | 16.55 | 40.13 |
| | | | | PA Unemployment | 0.31 | 0.75 |
| Gross Current Earnings | | 442.56 | | | | |

| Retro Earnings | Hours | Amount | | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| | | | | Pen_Plan S16 | 18.37 | 44.39 |
| Gross Retro Earnings | | | | | | |

| Total Earnings | Current | YTD | | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Gross Earnings | 442.56 | 1,073.02 | | Union Dues | 18.25 | 36.50 |
| Net Earnings | 341.63 | 829.96 | | | | |

| Accruals | Net Entitlement | | Pension Plan | YTD | LTD |
|---|---|---|---|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | | | Plan S16 | 44.39 | 582.64 |
| Admin Leave (Expires 30-Jun-2026) | 16.00 | | | | |
| Catastrophic Leave | 0.00 | | | | |
| Comp Time | 4.00 | | | | |
| Domestic Violence | 0.00 | | | | |
| FMLA | 0.00 | | | | |
| Military Caregiver | 0.00 | | | | |
| Military Leave | 120.00 | | | | |
| Pandemic Leave | 0.00 | | | | |
| Parental Leave | 0.00 | | | | |
| Sick | 32.00 | | | | |
| Snow Days | 16.00 | | | | |
| Special Comp | 0.00 | | | | |
| Vacation | 12.00 | | | | |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



| | **Payslip** Earnings and Deductions | Page 2 |
|---|---|---|

**CITY OF PHILADELPHIA**

 AOLDataStreaming.pdf     **Save...**

   

**ess-onephilly.phila.gov**

**1 of 2**

| | **Payslip** | |
| | **Earnings and Deductions** | |

**CITY OF PHILADELPHIA**

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2026/01/25 |
| Date Payable | 2026/01/30 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 28.00 | 516.32 |
| Holiday Cash | 4.00 | 73.76 |
| Admin Leave | 4.00 | 73.76 |
| | | |
| Gross Current Earnings | | 663.84 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 5.94 | 8.69 |
| Social Security | 41.16 | 107.69 |
| Medicare | 9.62 | 25.18 |
| PA State Tax | 20.38 | 53.33 |
| Philadelphia | 24.83 | 64.96 |
| PA Unemployment | 0.47 | 1.22 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 27.55 | 71.94 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 663.84 | 1,736.86 |
| Net Earnings | 515.64 | 1,345.60 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 18.25 | 54.75 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 12.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 36.00 |
| Snow Days | 16.00 |
| Special Comp | 0.00 |
| Vacation | 16.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 71.94 | 610.19 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



**CITY OF PHILADELPHIA**

| | **Payslip** | |
| | **Earnings and Deductions** | |

  

ess-onephilly.phila.gov



1 of 2

**CITY OF PHILADELPHIA**

|  |  |
|---|---|
| **Payslip** | Page 1 |
| **Earnings and Deductions** | |

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | ███████ |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2026/02/08 |
| Date Payable | 2026/02/13 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 28.00 | 524.84 |
| Excused Time | 8.00 | 147.52 |
| Snow Day | 4.00 | 73.76 |
| Legal Aid | 0.00 | 3.50 |
| **Gross Current Earnings** | | **749.62** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 14.17 | 22.86 |
| Social Security | 46.47 | 154.16 |
| Medicare | 10.87 | 36.05 |
| PA State Tax | 23.01 | 76.34 |
| Philadelphia | 28.04 | 93.00 |
| PA Unemployment | 0.52 | 1.74 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 30.96 | 102.90 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 749.62 | 2,486.48 |
| Net Earnings | 573.83 | 1,919.43 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 18.25 | 73.00 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 12.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 36.00 |
| Snow Days | 12.00 |
| Special Comp | 0.00 |
| Vacation | 16.00 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 102.90 | 641.15 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



**CITY OF PHILADELPHIA**

|  |  |
|---|---|
| **Payslip** | Page 2 |
| **Earnings and Deductions** | |

 AOLDataStreaming.pdf    Save...

    

**1 of 2**

## Payslip
### Earnings and Deductions

CITY OF PHILADELPHIA

Shawna McBurnette
5849 Montrose St
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | |
| Department | STS Streets |
| Location | Municipal Services Building, 7th Floor |
| Payperiod Ending | 2026/02/22 |
| Date Payable | 2026/02/27 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 28.00 | 536.20 |
| Funeral Leave | 4.00 | 76.60 |
| Holiday Cash | 4.00 | 76.60 |
| | | |
| Gross Current Earnings | | 689.40 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 8.39 | 31.25 |
| Social Security | 42.74 | 196.90 |
| Medicare | 10.00 | 46.05 |
| PA State Tax | 21.16 | 97.50 |
| Philadelphia | 25.78 | 118.78 |
| PA Unemployment | 0.48 | 2.22 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan S16 | 28.61 | 131.51 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 689.40 | 3,175.88 |
| Net Earnings | 533.99 | 2,453.42 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 18.25 | 91.25 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 12.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 4.00 |
| Domestic Violence | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 120.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 40.00 |
| Snow Days | 12.00 |
| Special Comp | 0.00 |
| Vacation | 20.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 131.51 | 669.76 |

FMLA /Parental Leave balances are based upon usage in an individual Rolling Calendar, Please see your Departmental Human Resource for additional information.