# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Shawna L. McBurnette,

        Debtor.

Case No.  26-10772-AMC

Chapter 13

## Certificate of Service

    I, Michael A. Cibik, certify that on March 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 27, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Method of Service   First Class Mail**

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized
Bankruptcy
P.O. Box 790046
Saint Louis, MO 63179

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Flagship Resort at Club Boardwalk Resorts**
Attn: Bankruptcy Filing
60 N Maine Ave
Atlantic City, NJ 08401

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Kikoff**
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111

**Macy's/ DSNB**
Attn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pffcu/Police & Fire Fcu**
901 Arch Street
Philadelphia, PA 19107

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PSECU**
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

**Synchrony Bank/JCPenney**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617