UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    Shawna L. McBurnette

                                  Bankruptcy No. 26-10772-AMC

             Debtor

## ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13

Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE