UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    Shawna L. McBurnette                          Bankruptcy No.26-10772-AMC


      Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 4th day of June, 2026, by first class mail upon those listed below:


Shawna L. McBurnette
5849 Montrose Street
Philadelphia, PA  19143

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102


                                    */s/ Kristen Gliem*
                                    Kristen Gliem
                                    for
                                    Scott F. Waterman, Esquire
                                    Standing Chapter 13 Trustee