Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Shawna L. McBurnette
5849 Montrose Street
Philadelphia, PA 19143

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-10772-AMC**

Petition Filed Date: 02/26/2026
341 Hearing Date: 04/03/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2026 | $652.00 | | 05/01/2026 | $652.00 | | 06/02/2026 | $652.00 | |
| 07/16/2026 | $719.00 | | | | | | | |

**Total Receipts for the Period: $2,675.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,394.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | POLICE & FIRE FCU<br>»» 001 | Secured Creditors | $25,322.34 | $600.00 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»» 002 | Unsecured Creditors | $20,601.05 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $18,654.07 | $0.00 | $0.00 |
| 5 | PHILADELPHIA PARKING AUTHORITY<br>»» 005 | Unsecured Creditors | $362.00 | $0.00 | $0.00 |
| 6 | PSECU<br>»» 006 | Unsecured Creditors | $24,694.12 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $2,758.64 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $647.49 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-10772-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,394.00 | Current Monthly Payment: | $719.00 |
| Paid to Claims: | $600.00 | Arrearages: | ($719.00) |
| Paid to Trustee: | $261.32 | Total Plan Base: | $42,220.00 |
| Funds on Hand: | $2,532.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.