United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shawna L. McBurnette
Debtor

Case No. 26-10772-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 23, 2026 | Form ID: 155 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawna L. McBurnette, 5849 Montrose Street, Philadelphia, PA 19143-3019 |
| 15136780 | | Deutsche Bank National Trust Company, as, Trustee, Select Portfolio Servicing,, Inc.P.O. Box 65250 Salt Lake, City, UT 84165-0250 |
| 15108039 | + | Flagship Resort at Club Boardwalk Resorts, Attn: Bankruptcy Filing, 60 N Maine Ave, Atlantic City, NJ 08401-5518 |
| 15108043 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15178472 | | Email/Text: megan.harper@phila.gov | Sep 24 2026 02:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15108053 | | Email/Text: megan.harper@phila.gov | Sep 24 2026 02:32:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15108036 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 02:42:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15108037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:08 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15108038 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2026 02:42:13 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15108042 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 02:42:01 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15110268 | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 02:32:00 | Deutsche Bank National Trust Company, c/o Sherri Dicks, Esq, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15108040 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2026 02:32:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15108041 | + | Email/Text: bankruptcy@kikoff.com | Sep 24 2026 02:32:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15108044 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 24 2026 02:33:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15119523 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 24 2026 02:33:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15108045 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 24 2026 02:32:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15108048 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2026 02:27:08 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15132390 | + | Email/Text: bankruptcynotices@psecu.com | Sep 24 2026 02:32:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15108050 | + | Email/Text: bankruptcynotices@psecu.com | Sep 24 2026 02:32:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15108046 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2026 02:32:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15108047 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2026 02:32:00 | Pffcu/Police & Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15108049 | | Email/Text: bankruptcy@philapark.org | Sep 24 2026 02:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15116955 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2026 02:32:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15108051 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 24 2026 02:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15108052 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 02:42:14 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor Police And Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shawna L. McBurnette help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | |
|---|---|
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor Deutsche Bank National Trust Company shrdlaw@outlook.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Shawna L. McBurnette ) Case No. 26−10772−amc

Debtor(s). ) Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 23, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court